IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE BENJAMIN VADEN,

    Petitioner,                      No. CIV S-08-0178 FCD GGH P

    vs.

DARRELL G. ADAMS, et al.,

    Respondents.                 ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 23, 2008, petitioner filed a motion to stay this action pending exhaustion of additional claims. On September 4, 2008, petitioner filed a letter with the court stating that the California Supreme Court denied his habeas petition. Good cause appearing, petitioner's motion to stay is vacated.

    Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner's motion to stay (# 8) is vacated;

    2. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An

1

1  answer shall be accompanied by all transcripts and other documents relevant to the issues
2  presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;
3              3. If the response to the habeas petition is an answer, petitioner's reply, if any,
4  shall be filed and served within thirty days after service of the answer;
5              4. If the response to the habeas petition is a motion, petitioner's opposition or
6  statement of non-opposition to the motion shall be filed and served within thirty days after
7  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8  thereafter; and
9              5. The Clerk of the Court shall serve a copy of this order, *the*
10 *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*
11 together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on
12 Michael Patrick Farrell, Senior Assistant Attorney General.
13 DATED:   10/06/08
                                        /s/ Gregory G. Hollows
14                                      _____
                                        UNITED STATES MAGISTRATE JUDGE
15

17 vaden.100