IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEODORE BENJAMIN VADEN,** | CIV S-08-0178 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DARRELL G. ADAMS, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before January 16, 2009.

Dated: January 7, 2009

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

vade0178.eot2

[Proposed] Order