IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE BENJAMIN VADEN,

    Petitioner,                    No. CIV S-08-0178 FCD GGH P

    vs.

DARRELL G. ADAMS, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. The petition raised four claims: 1) violation of right to preliminary hearing; 2) jury instruction error; 3) ineffective assistance of appellate counsel; and 4) conviction obtained by use of perjured testimony. On January 16, 2009, respondent filed an answer addressing these claims.

        On January 28, 2009, petitioner filed a brief in support of his petition. This brief addresses the four original claims and includes a new claim alleging violations of <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), <u>Blakely v. Washington</u>, 542 U.S. 296 (2004), and <u>Cunningham v. California</u>, 549 U.S. 270 (2007). The new claim was raised in petitioner's habeas petition filed in the California Supreme Court on January 8, 2008. <u>See</u> Respondent's Lodged Document no. 13.

\\\\\

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, respondent shall file a response to petitioner's new claim alleging violations of <u>Apprendi</u>, <u>supra</u>, et al.; petitioner may file a reply within twenty days thereafter.

DATED: February 25, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

vad178.fb