IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE BENJAMIN VADEN,

    Petitioner,                    No. CIV S-08-0178 FCD GGH P

    vs.

DARRELL G. ADAMS, et al.,

    Respondent.              ORDER

_____/

On December 10, 2009, the court denied petitioner's petition for writ of habeas corpus. On December 21, 2009, petitioner filed a request for reconsideration of this order which the court construes as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b). After reviewing petitioner's motion, the court finds that it is without merit.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration (no. 48), construed as a request for relief from judgment, is denied.

DATED: January 8, 2010.

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE