IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE BENJAMIN VADEN,

      Petitioner,                    No. CIV S-08-0178 FCD GGH P

   vs.

DARRELL G. ADAMS, et al.,

      Respondents.               ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's December 10, 2009, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

      A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

2        Petitioner has made a substantial showing of the denial of a constitutional right in
3  the following issues presented in the instant petition: 1) violation of right to preliminary hearing;
4  2) jury instruction error; 3) ineffective assistance of appellate counsel; 4) conviction obtained by
5  use of perjured testimony; 5) Apprendi, etc. error.

6        Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
7  issued in the present action.

8  DATED: January 21, 2010.

10  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2